IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30235
_____


RICKY BRYAN SEAL, SR; SELENA
ANN SEAL

                                   Plaintiffs-Intervenor Defendants
                                        Appellees-Cross-Appellants

                         versus

TRAVELERS INSURANCE COMPANY

                                   Intervenor Plaintiff-Appellee

                         versus

WAL-MART STORES, INC.

                                   Defendant-Intervenor Defendant
                                        Appellant-Cross-Appellee.

_____


Appeals from the United States District Court for the
        Western District of Louisiana (Lake Charles)
                        (95-CV-1486)
_____
                      February 11, 1998

Before GARWOOD, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

     The judgment of the district court is AFFIRMED.  See 47.6.

                                        A F F I R M E D.


_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.